UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER LE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANDREW SAUL,<br><br>　　　　　Defendant. | Case No. 19-cv-01998-JCS<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE** |

This action for review of an administrative record is governed by Rule 16-5 of this Court's Civil Local Rules, which provides that a plaintiff must file a motion for summary judgment within twenty-eight days of receipt of the defendant's answer. Defendant Andrew Saul, Commissioner of Social Security, served his answer by mail on Plaintiff Christopher Le on August 19, 2019. *See* Answer (dkt. 12 ). More than twenty-eight days have elapsed since the date of service and Le has not filed a motion for summary judgment. Le is therefore ORDERED TO SHOW CAUSE why this case should not be DISMISSED for failure to prosecute.

Le shall file a response to this order no later than January 10, 2020. His response must either include his motion for summary judgment or explain why he needs additional time. If no response is filed by that deadline, the case will be dismissed.

**IT IS SO ORDERED.**

Dated: December 11, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge